IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00289-MSK

SVEN SCHWALBE and
SUSANNE SCHWALBE,

        Plaintiffs,

v.

DESERET FORWARDING INTERNATIONAL, INC., a Texas corporation,

        Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, my daughter is an active duty military officer and I am familiar with the shipping of household goods upon change in duty assignments. Given the nature of this claim, I do not believe that I can be fair and impartial. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 11th day of February, 2010.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge